## ANDERSON'S LESSEE v. BRADLEY.

Supreme Court. New Castle. April, 1797.

*Bayard's Notebook, 189.*

PER CURIAM. A witness who has an interest in the question is not competent. It is so determined in 10 Mod. 291. The modern cases have rather set afloat than settled the point of law.

Witness rejected.

Upon the same trial it was ruled by the CHIEF JUSTICE that a plaintiff in ejectment could not recover without proving the person upon whom the declaration was served in possession of parcel of the land within the plaintiff's title at the time of the service.

*Ridgely* and *Vandyke* for plaintiff. *Read, Rodney* and *Bayard* for defendant.